IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHAD EPSEN, individually and on behalf :
of all others similarly situated, :
: Case No.: 2:11-cv-00269-TON
Plaintiff, :
:
v. :
:
CERTAINTEED CORPORATION, :
:
Defendant. :
:

## NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance on behalf of the Plaintiff, Chad Epsen, in the above-captioned matter.

Dated: January 19, 2011

Respectfully submitted,

Shanon J. Carson, Atty. ID #85957
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone No.: (215) 875-4656
Facsimile No.: (215) 875-4604
Email: scarson@bm.net

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2011, I served a true and correct copy of the foregoing Notice of Entry of Appearance, on the following, via electronic mail:

> Anthony Vale, Esq.
> Leah Jane Greenberg, Esq.
> Robert L. Hickok, Esq.
> **Pepper Hamilton LLP**
> 3000 Two Logan Sq.
> 18th and Arch Streets
> Philadelphia, PA 19103
> Telephone: 215-981-4000
> email: valea@pepperlaw.com
> email: greenberglj@pepperlaw.com
> email: hickokr@pepperlaw.com

Shanon J. Carson
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone No.: (215) 875-4656
Facsimile No.: (215) 875-4604
Email: scarson@bm.net